IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ISAIAS CASTANEDA, #B56233, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )   Case No. 16-cv-00614-NJR |
| IDOC, NURSE PHILLIPPE, WEXFORD MEDICAL SERVICES, NURSE HARDING, WARDEN HODGES, and ASST. WARDEN STORM, | ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

On June 7, 2016, this case was opened after the Court received a civil rights complaint filed by Plaintiff Isaias Castaneda, an inmate who is currently incarcerated at Pinckneyville Correctional Center (Doc. 1). In the complaint, Plaintiff alleges that officials at Lawrence Correctional Center ("Lawrence") denied him adequate medical care in violation of the Eighth Amendment. The complaint currently awaits preliminary review pursuant to 28 U.S.C. § 1915A. Plaintiff also filed a motion seeking leave to proceed *in forma pauperis* ("IFP motion") (Doc. 2), a motion for recruitment of counsel (Doc. 3), and a motion for service of process at government expense (Doc. 4), all of which are pending.

On June 17, 2016, Plaintiff filed a "Motion to Amend," in which he seeks dismissal of this action (Doc. 7). In the motion, Plaintiff explains that he never intended to file a new case. He only intended to ask the prison's law librarian to photocopy the complaint that he filed in another pending action, *Castaneda v. Illinois Dep't of Corr.*, No. 15-cv-01414-SMY-PMF (S.D. Ill. filed Dec. 28, 2015) ("prior action"). Instead of photocopying the complaint, the law

librarian scanned and filed it in this District. Plaintiff explains that the instant case is duplicative of his prior action, and he now seeks voluntary dismissal of this action. Plaintiff's request is timely and shall be granted.

A plaintiff's obligation to pay the filing fee for an action is typically incurred at the time the action is filed, and the fee of $350.00[1] normally remains due and payable whether or not the action is voluntarily dismissed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). In light of the circumstances described in the motion and the timely request to voluntarily dismiss this action, the Court will not assess a filing fee.

**IT IS HEREBY ORDERED** that Plaintiff's "Motion to Amend" (Doc. 7), in which Plaintiff seeks voluntary dismissal of the action, is **GRANTED**, and this action is **DISMISSED without prejudice**. See FED. R. CIV. P. 41(a)(1)(A)(i). This dismissal shall *not* count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that all other pending motions, including Plaintiff's IFP motion (Doc. 2), motion for recruitment of counsel (Doc. 3), and motion for service of process at government expense (Doc. 4), are **DENIED** as **MOOT**.

**IT IS ORDERED** that no filing fee is assessed for this case.

The Clerk's Office is **DIRECTED** to administratively close this case and send a copy of this Order to the Trust Fund Officer at Pinckneyville Correctional Center.

**IT IS SO ORDERED.**

**DATED: June 20, 2016**

*Nancy J. Rosenstengel*
_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**

---

[1] If a prisoner is not allowed to proceed *in forma pauperis*, an additional administrative fee of $50.00 is assessed at the time of filing, resulting in a total filing and docketing fee of $400.00.